JERRY S. BUSBY
Nevada Bar #00110
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PHILLIPS, | CASE NO. 2:20-cv-00851-GMN-EJY |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. and DOES I through X, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the parties and their counsel of record participated in a private mediation on May 12, 2021 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN PHILLIPS, by and through his attorney of record, Scott VanAlfen, Esq., of TINGEY LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1.  Plaintiff JOHN PHILLIPS' claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

2.      That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this  22nd day of June, 2021.

TINGEY & TINGEY                                    COOPER LEVENSON, P.A.


/s/ Scott VanAlfen_____                 /s/ Jerry S. Busby_____
SCOTT VANALFEN, ESQ.                             JERRY S. BUSBY, ESQ.
Nevada Bar No. 005532                            Nevada Bar No.001107
817 South Main Street                            3016 West Charleston Boulevard, #195
Las Vegas, Nevada 89101                          Las Vegas, Nevada 89102
(702) 333-0000                                   (702) 366-1125
Attorneys for Plaintiff                          Attorneys for Defendant
JOHN PHILLIPS                                     SMITH'S FOOD & DRUG CENTERS, INC.




IT IS SO ORDERED:



Dated this 23 day of June, 2021.



_____
Gloria M. Navarro, District Judge
United States District Court